**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02422-LTB-MJW

WILLIAM CORNELL,

      Plaintiff,

v.

TSYS TOTAL DEBT MANAGEMENT, INC., a Georgia corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 2 - filed January 4, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED:   January 5, 2007